UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAGDALENA BEDNAREK-HUBBARD | JURY DEMANDED |
| Plaintiff, | |
| v. | |
| HARRAH'S RESORT ATLANTIC CITY | No. 20-02853 |
| Defendant | |

## STIPULATION

Plaintiff, Magdalena Bednarek-Hubbard ("Plaintiff") and Defendant, Harrah's Resort Atlantic City, by and through their undersigned attorneys, hereby stipulate and agree to dismiss the above captioned matter with prejudice and all parties bearing their own costs.

s/ Graham F. Baird                           s/ Russel L. Lichtenstein
Graham F. Baird, Esquire                     Russell L. Lichtenstein, Esq.
Law Office of Eric A. Shore, P.C.            Cooper Levenson
Attorney for Plaintiff, Magdalena Bednarek-  Attorney for Defendant
Hubbard

BY THE COURT:

_____, U.S.D.J.